```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RICARDO VALDES, et al.,

                          Plaintiffs,

      -against-

GLEN Z. BROOKS, et al.,

                         Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**19-CV-617 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial purposes and Settlement (ECF #38).  A Discovery Conference in this matter is hereby scheduled for **Tuesday, September 29, 2020 at 10:30 a.m.** Counsel is directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269, Access Code: 4858267.**

      SO ORDERED.

Dated: August 31, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge