```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**RICARDO VALDES ET AL.,**

        **Plaintiffs,**

   - against -

**GLEN Z. BROOKS ET AL.,**

        **Defendants.**

―――――――――――――――――――――――――――――――

**19-cv-617 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    If any party wishes to make a motion for summary judgment, that party should send a letter to the court asking for a pre-motion conference by **March 19, 2021.** The Court will set a schedule for any motion for summary judgment at the conference to be scheduled.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 6, 2021**

                                              /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                    **United States District Judge**