UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO VALDES, et al.,

                        Plaintiffs,                       **ORDER**

        -against-                          19-CV-617 (JGK) (KHP)

GLEN Z. BROOKS, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties are hereby directed to file a joint status report by March 31, 2021 to update the Court on the status of discovery.

    **SO ORDERED.**

Dated: March 2, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge