**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

RICARDO VALDES AS ADMINISTRATOR AD PROSEQUENDUM OF STUART KLODA, DECEASED, AND RICARDO VALDES, INDIVIDUALLY,

                 Plaintiffs,

-against-                                                                                    19 **CIVIL** 617 (JGK)

**JUDGMENT**

GLEN Z. BROOKS, M. D., AND NY KETAMINE INFUSIONS, L.L.C.,

                 Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 13, 2021, the Court has considered all of the arguments of the parties. To the extent not specifically addressed in the Order, the arguments are either moot or without merit. The defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      October 13, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                       **BY:**        *K. Mango*

                                                       **Deputy Clerk**